```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

        JUL 11 2011

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        BY          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO J. EARL,<br><br>               Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | Case No. C11-0095-JLR<br>(CR09-06-JLR)<br><br>ORDER DENYING MOTION UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

2. Petitioner's motion under § 2255 (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

\\

\\

ORDER DENYING MOTION UNDER
28 U.S.C. § 2255 - 1



11-CV-00095-STMT

4. The Clerk shall send copies of this Order to petitioner, to counsel for the government, and to Judge Donohue.

DATED this 11th day of July, 2011.

*JAMES L. ROBART*
United States District Judge

ORDER DENYING MOTION UNDER
28 U.S.C. § 2255 - 2